UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY SANDERS,

                              Plaintiff,

   v.                                                 9:14-CV-0574
                                                          (DNH/ATB)

HUGES, Sergeant,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

ANTHONY SANDERS
Plaintiff, pro se, 13-A-1242
Wyoming Correctional Facility
P.O. Box 501
Attica, New York 14011

HON. ERIC T. SCHNEIDERMAN              Colleen D. Galligan, Esq.
Office of the Attorney General - Albany
Counsel for Defendant
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Anthony Sanders filed this action on May 14, 2014. On August 19, 2015, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that defendant's motion for partial summary judgment pursuant to Federal Rule of Civil Procedure 56 be granted. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant's motion for partial summary judgment (ECF No. 25) is GRANTED;

2. Plaintiff's first and second causes of action are DISMISSED;

3. Plaintiff's third cause of action remains for trial; and

4. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 24, 2015
     Utica, New York.